# EXHIBIT 3

iSmile

LED11
R4
LED12
R5
LED13
R6

