# EXHIBIT 4





