IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

GLO SCIENCE, INC.,

                      Plaintiff,           Civil Action No.: 17-cv-1665

v.

TODD E. SHATKIN, D.D.S.,

                      Defendant.

### STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

Pursuant to Fed. R. Civ. P. 41(a)(2), the parties, having entered a confidential settlement agreement to resolve the issues in this matter, hereby jointly move the Court to dismiss the case with prejudice. Pursuant to the terms of the Settlement Agreement, this Court shall retain jurisdiction to enforce the terms of the Agreement.

Dated: July 6, 2017

COZEN O'CONNOR

_/s/ David B. Sunshine_
David B. Sunshine (DS 0973)
277 Park Avenue
New York, New York 101172
Ph: (212) 883-4900
dsunshine@cozen.com

H. Jay Spiegel (pro hac vice to be filed)
P. O. Box 11
Mount Vernon, Virginia 22121
Ph: (703) 619-0101
Attorneys for Plaintiff

Todd E. Shatkin, DDS, Defendant (*pro se*)

_/s/ Todd Shatkin, DDS_
2500 Kensington Avenue
Amherst, New York 14226
(716) 839-1700
tshatkin@gmail.com

**SO ORDERED** this _____ day of _____, 2017

_____
UNITED STATES DISTRICT JUDGE

1